UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

G.K.                                                                    CIVIL NO. 21-2242

VERSUS

                                                                        SECTION: T (2)
D.M.

## ORDER

On January 25, 2023, the Magistrate Judge issued a Report and Recommendation (the 'Report"), recommending that the Motion to Enforce Order and for Sanctions filed by Plaintiff, G.K., be granted in part and denied in part.[1] Plaintiff's Motion seeks Defendant's compliance with an August 5, 2022 Order of the Magistrate Judge compelling Defendant to provide certain discovery responses and a signed HIPPA form.[2] In light of Defendant's failure to abide by the Court's August 5, 2022 Order, the Magistrate Judge recommends that Defendant be held in civil contempt and that certain sanctions be imposed. The Magistrate Judge further issued an Order requiring Defendant to appear before this Court on March 1, 2023, and show cause why he should not be adjudged in contempt and sanctioned.[3] No objection or other response to the Report has been filed into the record.

On March 1, 2023, Defendant, *pro se*, appeared before the undersigned at the show cause hearing. Having considered the record, applicable law, the Report of the Magistrate Judge, the failure of any party to file an objection to the Report, and the argument of Defendant during the March 1, 2023 hearing, the Court hereby approves the Report and adopts its recommendations.

---

[1] R. Doc. 203.
[2] *See* R. Doc. 187; R. Doc. 105.
[3] R. Doc. 203.

Accordingly,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation is **ADOPTED** and that Plaintiff's Motion to Enforce Order and Request for Sanctions[4] is **GRANTED IN PART AND DENIED IN PART.**

**IT IS FURTHER ORDERED** that Defendant has until March 15, 2023, to comply with the Court's August 5, 2022 Order and file into the record a Notice of Compliance indicating that he has complied with the Order.

**IT IS FURTHER ORDERED** that should Defendant fail to comply with the August 5, 2022 Order on or before March 15, 2023, Defendant is ordered to pay $500 per day into the registry of the Court on a daily basis until compliance.

**IT IS FURTHER ORDERED** that if the total fine reaches $10,000 and Defendant has not complied with the Court's August 5, 2022 Order, that the Court will consider, upon motion by Plaintiff, whether to impose more severe sanctions, including, the most extreme sanction of a Default Judgment against Defendant.

Defendant is advised that he may, at any time, purge his contempt by complying with the Court's August 5, 2022 Order and filing a Notice of Compliance into the record.

New Orleans, Louisiana, this 1st day of March, 2023.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE

---

[4] R. Doc. 187.