UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| G.K. | * | CIVIL ACTION |
| VERSUS | * | NO. 21-2242 |
| D.M. | * | SECTION "T" (2) |

## ORDER AND REASONS

Plaintiff filed a Motion to Compel Depositions or Stay All Proceedings (ECF No. 303) but failed to attach a Notice of Submission as required by Local Rule 7.2. Given the overlap between this motion and Intervenors' Motion for Protective Order (ECF No. 299),

IT IS ORDERED that the submission date of Plaintiff's Motion to Compel (ECF No. 303) is hereby set for WEDNESDAY, APRIL 24, 2024, without oral argument unless otherwise ordered by the Court.

IT IS FURTHER ORDERED that any Opposition to the Motion to Compel must be filed on or before TUESDAY, APRIL 16, 2024.

IT IS FURTHER ORDERED that any Reply Memorandum in support of the Motion to Compel must be filed on or before FRIDAY, APRIL 19, 2024.

New Orleans, Louisiana, this __10th__ day of April, 2024.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE